IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MOHAMMAD SHARIFI, #Z-709,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | CIV. ACT. NO. 1:25-cv-534-TFM-N |
| ) | |
| **TERRY RAYBON,** ) | |
| ) | |
| **Defendant.** ) | |

**MEMORANDUM OPINION AND ORDER**

On December 31, 2025, the Magistrate Judge entered a Report and Recommendation which recommends dismissal without prejudice pursuant to 28 U.S.C. § 1915(g). *See* Doc. 4. Subsequently, Plaintiff filed a motion to proceed without prepayment of fees (Doc. 5), objections to the recommendation (Doc. 6), and a document seemingly entitled Amicus Brief (Doc. 7). All the documents contain obscene and profanity laden language.[1]

Having reviewed the objections and other documents, the Court finds they are without merit and are **OVERRULED**.

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court. Accordingly, this case is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g).

A separate judgment will issue pursuant to Fed. R. Civ. P. 58.

---

[1] This is not the first case with this Plaintiff where that has been an issue. *See Sharifi v. Raybon*, Civ. Act. No. 1:25-cv-267-TFM (S.D. Ala.)

**DONE** and **ORDERED** this 13th day of February, 2026.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE